**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1917**

_____

L. E. PAULI COFFEY,

          Plaintiff - Appellant,

     v.

GATEWAY MORTGAGE GROUP LLC,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  David C. Norton, District Judge.  (9:17-cv-03021-DCN)

_____

Submitted:  October 23, 2018                Decided:  October 25, 2018

_____

Before NIEMEYER, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

L.E. Pauli Coffey, Appellant Pro Se.  John Brian Kelchner, HUTCHENS LAW FIRM, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

L.E. Pauli Coffey appeals the district court's order adopting the recommendation of the magistrate judge and granting Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss her civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coffey v. Gateway Mortg. Grp. LLC*, No. 9:17-cv-03021-DCN (D.S.C. Aug. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*